# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201700239**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## DAVID L. CAPLES
Private First Class (E-2), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Matthew J. Kent, USMC.
Convening Authority: Commanding General, I Marine Expeditionary
Force, U.S. Marine Corps Forces Pacific, Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Major Rebecca M. Harvey,
USMC.
For Appellant: Major J.S. Kresge, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 11 January 2018

———————————————

Before MARKS, JONES, and KOVAC, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court